**File Hashes for IP Address 69.143.110.206**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/28/2015 02:33:47 | 90FCAF3B57C65E39F656F27E2195C2D86251C01D | Spur Of The Moment |
| 05/26/2015 05:18:26 | 8B4960BEF62639C6513A1EAE1FB0E706AE78B00B | Awe Inspiring Orgy |
| 05/26/2015 05:09:37 | 3A38F6540067762241FC97745176A27FB0C896F6 | Retro Romp |
| 05/04/2015 16:13:27 | 05EACDE8AF3689BC6EA4218D108942A03D0EF92E | Cum Inside the Fantasy Suite |
| 05/04/2015 14:51:18 | F71032187781918216215D75E2A464CDAA3AEE17 | Best Friends With Benefits |
| 05/04/2015 14:39:58 | 02B6BC450E157E5508739C4439A77909126FD758 | Bring Me To My Knees |
| 05/04/2015 14:28:38 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |
| 01/03/2015 13:13:08 | 0CE43CB65853A50C33034EDC631879F5A100E59D | Back For More |
| 12/30/2014 06:01:37 | C556603B5952315465F58BE67CB261596D194CCE | Tight and Wet |
| 12/28/2014 15:06:16 | 2B0320C0760F5355C7EC573AC73899C362209D0E | Deep Down In Me |
| 12/28/2014 14:52:38 | 3D990A8BAC8FB5B10FCC9CDA739DC9FDB486876C | Too Hot To Handle |
| 12/28/2014 14:38:00 | E5F448F6222C37E9AF880B7CE30CE63C0497FB75 | Enjoy the Ride |
| 12/28/2014 14:35:09 | 7CAFB2FAC1E4A8BF0F2EC69C0717C9B1B19F2121 | Caribbean Christmas |
| 12/28/2014 14:27:36 | FC11782B70AA7239F0BA40589D6B845E5722192C | Summertime |
| 12/28/2014 14:09:53 | 52CEF6D6C0C12E0DFB38F35CF4ACA6B4E586438E | Luminated Emotions |
| 12/28/2014 14:02:38 | E831A89E2D4F31484BA5A262CF963D9A7F414765 | Light My Fire |
| 12/28/2014 14:01:27 | 1FB306DC6D822A2E0EE1C13771FA402C2EC7DDA6 | Just Natalia |
| 12/28/2014 14:01:26 | 2E06AD0DC504E1028CABBE5D9C1716379E3CC03B | Fashion Models Are Bisexual |
| 12/28/2014 13:59:17 | 2D422B4CE187DE30BD8B7AB88C9324566A215D77 | I Want You To Want Me |
| 12/28/2014 13:28:49 | 40C6D54DFB68AACCE18D306493157FB68D0FF906 | Hot Summer Rain |
| 12/28/2014 13:24:39 | 4C483C6B939DBF8FE14929431C492E9A0D0E53BB | Forever You Part #2 |
| 12/28/2014 12:56:38 | B905FE08F08BA0507B27A7C9482609325B5115A0 | Strawberry Morning |

EXHIBIT A

EVA268

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/28/2014 12:42:40 | C864933B8E9FD6F6A2F1CD794F0256A1212C2549 | Pure Aubrey |
| 12/28/2014 11:38:27 | 1E97F2DCFD365473607999103DF49903CA998C68 | Tease Me Please Me |
| 12/28/2014 11:24:51 | 39591BAFB506170F7BEFC72213C37B73352B0AA4 | Cum In Get Wet |
| 12/28/2014 11:16:03 | 5F9AB1EB251770A2951DCFAF83DB394DB766AFB6 | East Meets West |
| 12/28/2014 11:14:09 | 4BA35D9CF9A56C10649D35CE49BE8732D7D996F9 | Why I Love Czech Girls |
| 12/28/2014 10:58:19 | D54A287D57980AB53CBDAAEBD54863F68E264ADA | Forever You Part #1 |
| 12/28/2014 09:39:42 | 6384238DDF45393913F50EDB0AEECC3CDF2835C4 | Blonde Perfection |
| 12/28/2014 09:05:03 | 8C0696A4AC1795AC707003BB2BCEB8BF07939072 | Watching |
| 12/28/2014 08:07:55 | 1AC522C5FE11B932CFB6C8EE9F1A2AFEDF8447D2 | Never Better |
| 12/28/2014 07:32:07 | BD9390188AB44BBAF3806F0FF782F998C7E2A169 | Still Mine |
| 12/28/2014 07:24:50 | 0535B246B48EAC18490439950CCD020CFF322619 | First Time |
| 12/28/2014 06:54:52 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |

**Total Statutory Claims Against Defendant: 34**

EXHIBIT A

EVA268