# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia



Case Number: 1:15-CV-00855-GBL-IDD

Plaintiff:
**MALIBU MEDIA, LLC**
vs.
Defendant:
**ZUBER HEWRAMI**



For:
Jon Hoppe
COPYRIGHT
1401 Mercantile Ln
Ste 105
Largo, MD 20774

Received by PRIORITY PROCESS to be served on **ZUBER HEWRAMI, 5055 S CHESTERFIELD ROAD, APT. 304, ARLINGTON, VA 22206**.

I, JOHN ANDREW CHOPIVSKY, being duly sworn, depose and say that on the **1st day of November, 2015 at 10:10 am**, I:

**INDIVIDUALLY/PERSONALLY** served defendant by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, AND AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT** with the date and hour of service endorsed thereon by me, to: ZUBER HEWRAMI at the address of: **5055 S CHESTERFIELD ROAD, APT. 304, ARLINGTON, VA 22206**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: FOREIGN, Height: 5'1, Weight: 150, Hair: BLACK, Glasses: N

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action. I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

ANDREA BERMAN
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 6/8/2017

Subscribed and sworn to before me on __11/2/15__ by the affiant who is personally known to me.

_____
Notary Public

_____
JOHN ANDREW CHOPIVSKY
Process Server

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: PRS-2015029355

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Malibu Media, LLC | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:15-cv-00855-GBL-IDD |
| Zuber Hewrami | ) | |
| | ) | |
| *Defendant(s)* | ) | |

AMENDED COMPLAINT
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Zuber Hewrami
5055 S Chesterfield Road, Apt. 304
Arlington, VA 22206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Tabot, Esquire
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 23, 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*